PROB 12B
(7/93)

Report Date: June 12, 2007

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 3 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Eric Ripplinger           Case Number: 2:05CR00087-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 04/18/2006        Type of Supervision:

Original Offense: Manufacturing of Counterfeit   Date Supervision Commenced: 06/11/2007
Currency, 18 U.S.C. § 471; Dealing Counterfeit
Currency, 18 U.S.C. § 473

Original Sentence: Prison - 24 Months;       Date Supervision Expires: 06/10/2010
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

1   You shall reside at and participate in the program of a residential reentry center for a period of up to 120 days as approved and directed by the probation officer.

### CAUSE

The above-referenced individual commenced the term of supervised release in the District of Nevada on June 11, 2007. He has failed to locate a suitable release address, and has requested additional placement at residential reentry center as evidenced by the attached waiver of hearing to modify conditions of supervision. Subsequently, the undersigned officer is submitting this request for Your Honor's consideration. Also attached for the Court's review is a letter from the U.S. Probation Office, District of Nevada.

Respectfully submitted,

by  _____
Richard B. Law
U.S. Probation Officer
Date: June 12, 2007

RECEIVED
JUN 12 2007
CLERK, US DISTRICT COURT
YAKIMA, WASHINGTON

Prob 12B
**Re: Ripplinger, Eric**
**June 12, 2007**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

6/13/07
Date

United States District Court
District of Nevada
Probation Office

JUN 1 1 2007
U.S. PROBATION
OFFICE SPOKANE

**Christopher Hansen**
Chief United States Probation Officer
Foley Federal Building
300 So. Las Vegas Blvd., Ste. 1200
Las Vegas, Nevada
89101



Tel: (702) 388-6428
Fax: (702) 388-6731

June 1, 2007

Mr. Scott M. Morse
Chief U.S. Probation Officer
United States Probation
Post Office Box 306
Spokane, WA 99210-0306

          RE:    **RIPPLINGER, Eric Allen**
                  Dkt. No.: 2:05CR00087-LRS-1

                  **REQUEST FOR MODIFICATION OF**
                  **RELEASE CONDITIONS**

Dear Mr. Morse:

Mr. Eric Ripplinger was sentenced by the Honorable Lonny R. Suko on April 18, 2006 to twenty-four months custody to be followed by a three year term of supervised release for Manufacturing of Counterfeit Currency and Dealing Counterfeit Currency.

Ripplinger is currently in the local Residential Re-entry Center as his supervision has been accepted in our district. His scheduled release date to commence his supervised release is June 11, 2007. As of this date, he has not obtained a suitable release residence. He has requested public law placement until he is able to obtain a suitable release residence. Attached you will find the executed Probation form 49. We ask that you forward this to the Court for approval.

Thank you for your assistance in this matter.

                                         Sincerely,

                                         BRIAN S. SIMON
                                         United States Probation Officer

APPROVED: _____
CHAD R. BOARDMAN, Supervising
U.S. Probation Officer

*- Integrity is Our Guide -*

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## Eastern District of Washington

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Reside in Residential Re-entry Center** - You shall reside at and participate in the program of a residential re-entry center for a period of 120 days as approved and directed by the probation officer.

Witness _____     Signed _____
U.S. Probation Officer                                Eric Allen Ripplinger

_____5-22-07_____
Date